ADAM W. HANSEN (State Bar No. 264241)
Ahansen@nka.com
NICHOLS KASTER LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone:    (415) 277-7235
Facsimile:    (415) 277-7238

Attorney for Plaintiff ADAM ROSH


MALCOLM A. HEINICKE (State Bar No. 194174)
malcolm.heinicke@mto.com
JESLYN A. MILLER (State Bar No. 274701)
jeslyn.miller@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

KATHERINE M. FORSTER (State Bar No. 217609)
katherine.forster@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendant INDEED, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ADAM ROSH, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>            Plaintiff,<br><br>    vs.<br><br>INDEED, INC.,<br><br>            Defendant. | Case No. 5:13-cv-03751-RMW<br><br>**STIPULATION AND []  ORDER TO ADJUST CASE MANAGEMENT SCHEDULE**<br><br>Case Management Conference<br><br>Date:   December 13, 2013<br>Time:   10:30 a.m.<br>Judge:  Hon. Honorable Ronald M. Whyte<br>Crtrm:  6<br><br>Complaint filed:  August 13, 2013 |

1     Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Local Rule 6-2, and Local Rule 7-12, Plaintiff Adam Rosh ("Rosh") and Defendant Indeed, Inc. ("Indeed") hereby stipulate and respectfully request that the Court reschedule the case management conference in this matter to April 25, 2014, or as soon thereafter as the Court is available.

    WHEREAS, Rosh filed a Class and Collective Action Complaint in this matter on August 13, 2013 (Dkt. No. 1);

    WHEREAS, on September 17, 2013, the Court ordered that the parties submit a Joint Case Management Statement by December 6, 2013, and set a Case Management Conference for December 13, 2013 (Dkt. No. 15);

    WHEREAS, Indeed filed an Answer to the Class and Collective Action Complaint on October 4, 2013 (Dkt. No. 16);

    WHEREAS, the parties agreed in the Stipulation and Order entered by this Court on November 19, 2013, to submit this case to private mediation to be completed by March 31, 2014 (Dkt. No. 19);

    WHEREAS, in the joint case management statement submitted on November 26, 2013, the parties agreed to postpone all discovery in this matter until after the conclusion of mediation, and further agreed that, in the event mediation is unsuccessful, the parties will serve a supplemental case management statement and discovery plan within 21 days of the conclusion of mediation (Dkt. No. 20 at 3, 7); and

    WHEREAS, the parties believe that, in light of the planned mediation and postponed discovery, there will be no discovery issues to resolve until after the mediation in this matter;

    THEREFORE, Plaintiff Rosh and Defendant Indeed, through the undersigned counsel, hereby stipulate and request that the Court continue the Case Management Conference in this matter to April 25, 2014, or as soon thereafter as the Court is available, in order to give the parties sufficient time prior to the Conference to complete mediation and to submit a supplemental discovery plan.

///

///

- 1 -     STIPULATION AND [] ORDER TO ADJUST CASE MANAGEMENT SCHEDULE

22295237.1

1  Respectfully submitted,

2

3  Dated:  December 6, 2013         ADAM W. HANSEN
                                    NICHOLS KASTER LLP
4

5                                   By:      /s/ Adam W. Hansen
                                              ADAM W. HANSEN
6

7                                   Attorneys for Plaintiff
                                    ADAM ROSH
8

9

10 Dated:  December 6, 2013         Munger, Tolles & Olson LLP
                                       MALCOLM A. HEINICKE
11                                     KATHERINE M. FORSTER
                                       JESLYN A. MILLER
12

13                                  By:      /s/ Katherine M. Forster
                                              KATHERINE M. FORSTER
14

15                                  Attorneys for Defendant,
                                    INDEED, INC.
16

17     I, Katherine M. Forster, attest that I have obtained concurrence from Adam W. Hansen in

18 the filing of this Stipulated Request to Adjust Discovery Deadline.  *See* N.D. Cal. Civ.

19 L.R. 5-1(i)(3).

20

21                                  **[] ORDER**

22     Pursuant to the stipulation of counsel, IT IS SO ORDERED.

23

24 Dated: 12/11/13                   _____
                                    Hon. Honorable Ronald M. Whyte
25                                  District Court Judge

26

27 

28

                                    - 2 -    STIPULATION AND [] ORDER TO
                                             ADJUST CASE MANAGEMENT SCHEDULE

22295237.1