ADAM W. HANSEN (State Bar No. 264241)
ahansen@nka.com
NICHOLS KASTER LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

Attorney for Plaintiff ADAM ROSH


MALCOLM A. HEINICKE (State Bar No. 194174)
malcolm.heinicke@mto.com
JESLYN A. MILLER (State Bar No. 274701)
jeslyn.miller@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

KATHERINE M. FORSTER (State Bar No. 217609)
katherine.forster@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant INDEED, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ADAM ROSH, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>       Plaintiff,<br><br>       vs.<br><br>INDEED, INC.,<br><br>       Defendant. | Case No. 5:13-cv-03751-RMW<br><br>**STIPULATION AND []**<br>**ORDER TO ADJUST CASE**<br>**MANAGEMENT SCHEDULE**<br><br>Case Management Conference<br><br>Date: May 2, 2014<br>Time: 10:30 a.m.<br>Judge: Hon. Honorable Ronald M. Whyte<br>Crtrm: 6<br><br>Complaint filed: August 13, 2013 |

1    Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Local Rule 6-2, and Local
2    Rule 7-12, Plaintiff Adam Rosh ("Rosh") and Defendant Indeed, Inc. ("Indeed") hereby stipulate
3    and respectfully request that the Court vacate the case management conference in this matter. The
4    parties have reached a settlement in principle, and anticipate filing a motion for settlement
5    approval shortly with the Court.

6    WHEREAS, Rosh filed a Class and Collective Action Complaint in this matter on August
7    13, 2013 (Dkt. No. 1);

8    WHEREAS, on September 17, 2013, the Court ordered that the parties submit a Joint
9    Case Management Statement by December 6, 2013, and set a Case Management Conference for
10   December 13, 2013 (Dkt. No. 15);

11   WHEREAS, Indeed filed an Answer to the Class and Collective Action Complaint on
12   October 4, 2013 (Dkt. No. 16);

13   WHEREAS, the parties agreed in the Stipulation and Order entered by this Court on
14   November 19, 2013, to submit this case to private mediation to be completed by March 31, 2014
15   (Dkt. No. 19);

16   WHEREAS, in the joint case management statement submitted on November 26, 2013,
17   the parties agreed to postpone all discovery in this matter until after the conclusion of mediation;

18   WHEREAS, this Court entered an order continuing the Case Management Conference
19   until April 25, 2014 (Dkt. 22), and subsequently rescheduled the conference for May 2, 2014
20   (Dkt. 31);

21   WHEREAS, the parties engaged in private mediation on March 14, 2014 and reached an
22   agreement in principle to settle this case; and

23   WHEREAS, the parties are working on drafting the final settlement agreement, approval
24   papers, and supporting documentation, and intend to file a joint motion for settlement approval in
25   the near future;

26   THEREFORE, Plaintiff Rosh and Defendant Indeed, through the undersigned counsel,
27   hereby stipulate and request that the Court vacate the Case Management Conference in this matter
28

1  in light of the parties' plan to submit a motion for settlement approval. The parties will seek a
2  hearing with this Court to consider the parties' motion for settlement approval.

4      Respectfully submitted,

6  Dated: April 25, 2014        ADAM W. HANSEN
                                        NICHOLS KASTER LLP

8                                          By:      */s/ Adam W. Hansen*
                                                   ADAM W. HANSEN

10                                         Attorneys for Plaintiff
                                        ADAM ROSH

13 Dated: April 25, 2014        Munger, Tolles & Olson LLP
                                            MALCOLM A. HEINICKE
                                            KATHERINE M. FORSTER
                                            JESLYN A. MILLER

16                                         By:      */s/ Katherine M. Forster*
                                                   KATHERINE M. FORSTER

18                                         Attorneys for Defendant,
                                        INDEED, INC.

22                                   **[] ORDER**

23 Pursuant to the stipulation of counsel, IT IS SO ORDERED.

24 Dated:   5/1/14                    *Ronald M. Whyte*
                                         The Honorable Ronald M. Whyte
                                         District Judge

The court cautions the parties that the joint motion under Rule 41(a) of 4/30/14 asks for 30 days. The Rule also requires that motion shall include argument(s) of all(s) requirement for Rule 41(a)(1) of 4/30/14 and any changes in this case agreed. The court will consider the joint motion filed.

C-13-03751 RMW                     - 2 -                   STIPULATION AND [] ORDER TO
                                                                ADJUST CASE MANAGEMENT SCHEDULE