MATTHEW C. HELLAND (State Bar No. 250451)
helland@nka.com
ADAM W. HANSEN (State Bar No. 264241)
ahansen@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Attorneys for Plaintiff ADAM ROSH

MALCOLM A. HEINICKE (State Bar No. 194174)
malcolm.heinicke@mto.com
JESLYN A. MILLER (State Bar No. 274701)
jeslyn.miller@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077

KATHERINE M. FORSTER (State Bar No. 217609)
katherine.forster@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendant INDEED, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ROSH, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>           Plaintiff,<br><br>     vs.<br><br>INDEED, INC.,<br><br>           Defendant. | Case No. 5:13-cv-03751-RMW<br><br>**[PROPOSED] ORDER GRANTING APPROVAL OF COLLECTIVE ACTION SETTLEMENT**<br><br>Judge: Honorable Ronald M. Whyte |

Plaintiff's motion for an order approving Class Counsel's attorneys' fees, costs, and Named Plaintiff Enhancement came on for hearing on September 5, 2014.  The Court has considered the Notice of Motion and Motion for Attorneys' Fees, the Memorandum of Points and Authorities in Support Thereof, the Declaration of Matthew C. Helland, Esq. in support thereof, the submissions of counsel, and all other papers filed in this action.  The matter having been submitted and good cause appearing therefore, **IT IS HEREBY ORDERED** that:

1. The calculation metric for determination of Class Counsel's attorneys' fees is fair and reasonable,
2. Class Counsel's requested costs of $10,000 are granted; and
3. The $1,000 Named Plaintiff Enhancement to Adam Rosh is fair and reasonable.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED:

_____
The Honorable Ronald M. Whyte
United States District Court Judge