# EXHIBIT A

**Indeed Costs**

| Date | Work_Description_(m) | Hours | Rate | Amount |
|---|---|---|---|---|
| 8/21/2013 | Check issued to Ace Attorney Service, Inc - SF courier service - Indeed Los Angeles, USDC San Jose | 0 | 0 | $659.49 |
| 8/30/2013 | Postage | 0 | 0 | $267.65 |
| 8/30/2013 | Postage | 0 | 0 | $5.05 |
| 9/9/2013 | Westlaw | 0 | 0 | $100.00 |
| 9/10/2013 | PACER | 0 | 0 | $0.30 |
| 9/11/2013 | Check issued to Federal Express - SF weekly shipping - USDC San Jose | 0 | 0 | $12.36 |
| 9/30/2013 | Postage | 0 | 0 | $2.90 |
| 10/31/2013 | Postage | 0 | 0 | $0.92 |
| 12/4/2013 | Check issued to Federal Express - SF weekly shipping - San Jose Courthouse | 0 | 0 | $12.63 |
| 1/9/2014 | Check issued to David A. Rotman - Mediation services | 0 | 0 | $9,250.00 |
| 1/13/2014 | PACER | 0 | 0 | $0.50 |
| 1/31/2014 | Postage | 0 | 0 | $104.16 |
| 2/28/2014 | Postage | 0 | 0 | $19.67 |
| 3/5/2014 | Check issued to Federal Express - SF weekly shipping - SF to AMG | 0 | 0 | $14.89 |
| 3/11/2014 | Check issued to Google.com - Google Adwords | 0 | 0 | $1.14 |
| 3/14/2014 | Check issued to Statewide Grievance Committee - Ad mailing request for advance advisory opinion | 0 | 0 | $0.00 |
| 3/26/2014 | Check issued to Federal Express - SF weekly shipping - USDC San Jose | 0 | 0 | $12.85 |
| 3/31/2014 | Postage | 0 | 0 | $5.05 |
| 3/31/2014 | Postage | 0 | 0 | $0.48 |
| 4/11/2014 | Westlaw | 0 | 0 | $100.00 |
| 4/30/2014 | Check issued to Federal Express - SF weekly shipping - Hon Whyte | 0 | 0 | $12.85 |
| 4/30/2014 | PACER | 0 | 0 | $0.30 |
| 5/30/2014 | PACER | 0 | 0 | $0.10 |
| 7/16/2014 | Check issued to Federal Express - SF weekly shipping - Judge Ronald Wh | 0 | 0 | $16.53 |
| | | | | **$10,599.82** |